BEFORE THE THIRD DIVISION, APRIL 22, 1940

**No. 43558.**—Protests 766884–G, etc., of Am-Derutra Transport Corp. (New York.)

Opinion by EVANS, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 43559.**—Protest 800756–G of Kwong Kee Jan & Co. (San Francisco).

Opinion by KEEFE, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protest was dismissed.

**No. 43560.**—Protests 689995–G, etc., of American Import Co. et al. (Los Angeles).

Opinion by KEEFE, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

BEFORE THE SECOND DIVISION, APRIL 23, 1940

**No. 43561.**—Protests 436206–G, etc., of Jos. E. Balesh & Bros. (New York).

Opinion by TILSON, J. On the record presented Venice laces similar to those involved in *Littwitz* v. *United States* (C. D. 217) and filet laces like those passed upon in *United States* v. *Jabara* (22 C. C. P. A. 77, T. D. 47065) were held dutiable at 75 percent under paragraph 1430 as claimed.

**No. 43562.**—Protests 983992–G, etc., of Allied Purchasing Corp. et al. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 43563.**—Protests 847767–G of Otto C. Ling & Son, Inc. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of *Ling* v. *United States* (C. D. 215) the hubs and brakes in question were held dutiable at 30 percent under paragraph 371 as claimed.